IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURTRICE ROSHAUN PARRISH,

    Plaintiff,                  No. CIV S-05-0190 LKK KJM P

    vs.

DR. TRAQUINA, et al.,

    Defendants.            <u>ORDER</u>

/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On May 24, 2005, the court granted plaintiff's request to proceed in forma pauperis and ordered the Department of Corrections to withhold money from plaintiff's prison trust account to pay the filing fee.

        On July 19, 2005, plaintiff notified the court that his brother had paid the filing fee for this action. The financial department of the court has confirmed that the entire filing fee was paid on May 24, 2005.

        Accordingly, IT IS ORDERED:

        1. Plaintiff's motion to proceed in forma pauperis is hereby denied as moot.

        2. The Department of Corrections is directed to cease withholding money from plaintiff's trust account in order to pay the filing fee for this case.

1

3.  The Clerk of the Court is directed to serve a copy of this order on Director, California Department of Corrections, 1515 S Street, Sacramento, California 95814.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: July 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
parr0190.$