IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURTRICE ROSHAUN PARRISH,

        Plaintiff,                    No. CIV S-05-0190 LKK KJM P

   vs.

DR. TRAQUINA, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. By order filed May 24, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint. On June 21, 2005, he filed a request to be allowed to file a second amended complaint, but on July 19, 2005, filed a further motion asking that the court proceed to screen the amended complaint filed June 7, 2005.

        The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's July 19, 2005 request that the court screen the amended complaint filed June 7, 2005 is granted and the court's order of July 1, 2005 permitting plaintiff to file a second amended complaint is rescinded as unnecessary.

2. Service is appropriate for the following defendants: Branaman, Hernandez, Rowdon, Brown, Meeks, and Jones.

3. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed June 7, 2005.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above; and

    d. Seven copies of the endorsed amended complaint filed June 7, 2005.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants as provided by Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 12, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

2
parr0190.1amd

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURTRICE ROSHAUN PARRISH,

      Plaintiff,                  No. CIV S-05-0190 LKK KJM P

   vs.

DR. TRAQUINA, et al.,              <u>NOTICE OF SUBMISSION</u>

      Defendants.                 <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the _____
                                   Amended Complaint

DATED:

                                        _____
                                        Plaintiff