IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURTRICE ROSHAUN PARRISH,

    Plaintiff,               No. CIV S-05-0190 LKK KJM P

   vs.

DR. TRAQUINA, et al.,

    Defendants.         ORDER

_____/

        Defendant has requested an extension of time to file and serve a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's March 27, 2006 request for an extension of time is granted; and

        2. Defendant shall file a responsive pleading on or before May 15, 2006. Plaintiff's reply, if any, shall be filed seven days thereafter.

DATED: April 3, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

/mp
parr0190.36