IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BUTRICE ROSHAUN PARRISH,

    Plaintiff,             No. CIV S-05-0190 LKK KJM P

   vs.

DR. TRAQUINA, et al.,

    Defendants.       ORDER

_____/

        Defendant Branaman has asked the court to vacate the remaining dates in the court's April 25, 2007 scheduling order in light of her pending motion for summary judgment. The motion is well-taken.

        IT IS HEREBY ORDERED that the remaining dates in the April 25, 2007 scheduling order, for filing pretrial statements, pretrial conference, and trial are hereby vacated to be reset, if necessary, following resolution of the pending motion for summary judgment.

DATED: November 21, 2007.

                                          _____
                                          U.S. MAGISTRATE JUDGE

2 parr0190.vso

1